**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

EASTERN DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**  JUL 0 5 2005
_Pine Bluff_ **DIVISION**  JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

**CASE NO.** _5:05-cv-00197 Jmm/JFF_

I.    Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: _Christopher John Beck_
ADC # _130874_

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____  This case assigned to District Judge _Moody_

Name of plaintiff: _____  and to Magistrate Judge _Foster_
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: _Dr R Anderson_

Position: _Over CMS_

Place of employment: _ADC - Central Office_

Address: _PO Box 8707 Pine Bluff, Ar. 71611_

Name of defendant: _Ms Dottie Yarbrough_

Position: _Regional Administrator - CMS_

Place of employment: ADC - Central Office

Address: Po Box 8707 Pine Bluff, Ar, 71611

Name of defendant: Dr Max Mobley

Position: ADC - Deputy of Health and Correctional Program

Place of employment: PO Box 8707 Pine Bluff, Ar, 71611

Address: ADC - Central Office

Name of defendant: Dr Olabode Olumofin

Position: Prymary Care Doctor - CMS

Place of employment: Diagnotic Hospital

Address: PO Box 8707 Pine Bluff, Ar, 71611

II.    Are you suing the defendants in:

☐      official capacity only
☐      personal capacity only
☐      both official and personal capacity

III.   Previous lawsuits

A.     Have you begun other lawsuits in state or federal court dealing with the same
       facts involved in this action?

       Yes ___    No X

B.     If your answer to A is yes, describe the lawsuit in the space below. (If there is
       more than one lawsuit, describe the additional lawsuits on another piece of
       paper, using the same outline.)

       ☐      Parties to the previous lawsuit:

       Plaintiffs: _____

       _____

2

Dr R Plant
Primary Care Doctor - CMS
Brickeys Unit
POBox 180 Brickeys Ar 72320

Ms Shirley Crawford
Director of Nursing - CMS
Brickeys Unit
Po Box 180 Brickeys, Ar. 72320

Ms Judy Winford
Medical Administrator - CMS
Brickeys Unit
POBox 180 Brickeys Ar 72320

Dr J Branch
Prymary Care Doctor - CMS
Wrightsville Unit
POBox 1000 Wrightsville Ar 72183

Ms Kim Pack
Medical Administrator - CMS
Wrightsville Unit
PO Box 1000 Wrightsville Ar 72183
Ms Jerry McIntosh - CMS
Director of Nursing - Wrightsville Unit
PO Box 1000 Wrightsville, Ar. 72183

Defendants: _____

_____

☐   Court (if federal court, name the district; if state court, name the county): _____

☐   Docket Number: _____

☐   Name of judge to whom case was assigned: _____

☐   Disposition: (for example: Was the case dismissed?  Was it appealed? Is it still pending?) _____

☐   Approximate date of filing lawsuit: _____

☐   Approximate date of disposition: _____

IV.   Place of present confinement: _Wrightsville Unit_

_____

V.   At the time of the alleged incident(s), were you:
     (check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__X__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
      explain: _____

_____

VI.   There is a prisoner grievance procedure in the Arkansas Department of Corrections. Failure to complete the grievance procedure may affect your case in federal court.

   A.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes _X_   No _____

   B.   If your answer is YES, attach copies evidencing completion of the final step of the grievance appeal procedure.  FAILURE TO ATTACH THE REQUIRED

3

COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.

C.    If your answer is NO, explain why not: _____

_____

VII.    Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant
is involved. Include also the names of other persons involved, dates, and places. Do
not give any legal arguments or cite any cases or statutes. If you intend to allege a
number of related claims, number and set forth each claim in a separate paragraph.
(Use as much space as you need. Attach extra sheets if necessary.)

Back in mid Febuary of 2004, I had
surgery at the Med Plex, in Memphis, Tnn.
I had a urinary stricture, and the
doctor left me with a cathader in for one
week, I was able to pee fine for about
a week or two. It slowly began to close
up. And on 3-15-04, I was in jail, in
West Memphis, coming to ADC. I have
been trying to get medical attention
every since. On 6-11-04 I arrived
at diagnostic in Pine Bluff. On 6-16-04
I saw a Dr O. Olumofin, who looked
at my tounge, to say I was dehydrated
and gave me antibiotics. He never
examened me, even after I ask him to.

4

On 6-22-04 I am transported to Brickeys Unit, were I put in sick call and wait to be seen. I saw Dr R. Plant, who after examening me, agreed, I have a urinary stricture. He puts me on a antibiotic for infection and make out a request for me to see a urologest.

7-15-04 I filed a IRF and Gr., still trying to get medical help. I am told, by Nurse S. Crawford that I am waiting on approval from a Dr. R. Anderson of CMS, I am still in pain and discomfort.

8-20-04 Filed another IRF and Gr. explaning to Nurse S. Crawford I am in a lot of pain and am having trouble peeing. I was told I do have appointmen[t]

9-3-04 Dr R. Plant puts me into infirma[ry] I have another infection and swelling in my penis. Having alot of trouble peeing.

9-5-04 I am transported at around 4:30 PM on a Sunday. To Babtist Memorial Hospital, to have a cathader put in.

After several attemps, the doctor was unable to put in a cathader. He advised I be taken to Memphis for emergency surgery. I was brought back to Brickey's to continue to be in pain and discomfort.

9-10-04 Filed IRF and Gr. to say that I need to see a urologest now not later. A MsFitzgerald said to leave it on her desk, She would get to it when she could. I filed out the emergency part of Gr yet nothing was done exept to tell me you have an appointment.

9-20-04 Filed IRF and Gr to say that I have another infection and swelling in my penis and am in a lot of pain. I am told by Ms Fitzgerald I am on the sick Call and should see on Thursday. I fill out the emergency part on Gr, telling them I cam hardly pee. Still I get no medical treatment.

9-29-04 I am taken to UAMS in Little Rock, to see a Dr Kumar who is a urologest.

After Dr Kumar examened me and he ask me questions. He set me up for surgery. And I was schedualed for 10-1-04!

10-1-04 I have surgery and am told after surgery that I will need a follow-up in next 30 days, I was transported back to Brickeys infirmary for recovery.

10-2-04 I have taken rapping off and used the bathroom. I have stiches and hurt some. I noticed when I went pee. That I pee from two seperate places. So I an confused. When Dr R. Plant comes by to see me, I tell him. He tells me don't worrie about it, it just needs to heal. The urologest never said to me to look out for that. I asked Dr R. Plant if he would please call Dr Kumar to ask him what is up. Dr R. Plant said that he didn't feel it nessessary to do that.

11-18-04 I am filing IRF and Gr on not having my follow-up so I can talk to Dr Kumar about my surgery. It did not heal right, I still pee from two places,

I even went as far as to appeal this to Dr Max Mobley who returned it to say it has no merit. Saying that a Nurse S. Crawfo has made my appointment. And that a Dr R Anderson has approved it.

11-8-04 Still asking for my follow-up and that I am having complications from my surgery I am told I will see the urologest when UAMS has stiputaled. By a Ms J Winford Yet I find out I don't even have a appointment yet.

12-20-04 Filed IRF and Gr I am still needing to see Dr Kumar for complication with my surgery. I am now told again that I do have an appointment Still peeing from two places and am in pain and discomfort.

1-12-05 I am transported to see Dr Kumar who after examening me said that I did not heal right and need more surgery. He made arrangemen

On 1-26-05 I was brought back to UAMS to have pre-surgery testing done, and set up for surgery.

On 2-7-05 I was transfered to Wrightsville Unit with no understanding why. When I asked about my surgery no one could give me an answer.

On 2-14-05 filed IRF and Gr looking for answers. I found out my surgery was canceled by Dr. R. Anderson of CMS. For reasons unknown to me. I was informed I needed to put in a sick call and start this mess all over again.

On 2-16-05 I saw a Dr J Branch here a Wrightsville Unit, who reccommended me to have surgery. So now I must wait for Dr R. Anderson to approve me surgery that only 2 weeks ago he canceled.

On 3-21-05 file IRF to find out if in fact I am going to have this surgery. Only to find out that they don't use Dr Kumar anymore. I am to see a Dr Han a SW Hosp

Who is not interested in seeing my medical records from Dr Kumar. I am not comfortab with this but don't feel I have much choice I am still peeing from 2 places. Dr Han feels he can make it better. I am told by Dr Han that he needs to open up the urreathr at the head of my penis. So I was set up for surgery at a later date.

On 4-14-05 Dr Han did surgery on my penis. Before surgery I ask him to explain to me one more time what he would do in surgery. He explained that he would open up my urreathra at the head of my penis. That I may have stiches after surgery. After surgery I was transported to diagnostic hospital and stayed over nite.

On 4-15-05 when I returned back to Wrightsville Unit, I took my first showure It was the first time that I could examen myself. I was very upset to find that what Dr Han said was not what he told me. My pee hole was cut all the way through and now I pee out the side of my penis. I am very upset, I pee like a freak

6-14-05 I go to see Dr Han who is very
receptive and tells me that he take 100%
reasposibility from when ha first saw me.
He explained to me that had my problem
been taken care of in a more timely manner
the results would have been alot better.
He said a urologest is my best friend
and that I will need more surgery,
to get this right.


I have been through hell and back,
trying to get myself right in all of this.
I have been in alot of pain and discomfort
as well as mental stress. When I pee
I have to sit down or I pee all over
myself and everywhere else. Why
this Dr R Anderson of CMS has
made calls not knowing all of the
facts. Is not right. I will suffer
for the rest of my life, because of
all of this. This is why I am
filing a suit.

VIII.  Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

I want medical coverage for life.
I want $1000 a day for my pain and discomfort,
from 6-11-04 to 6-14-05

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and
correct.

Executed on this  1  day of  July  , 20 05 .

Christoph J Beck

Signature(s) of plaintiff(s)

NOTARY

PHILIP O. WALLACE
COMM. EXP
NOTARY
PUBLIC
05-28-2015
SALINE CO. ARKANSAS

**INFORMAL RESOLUTION FORM (Attachment 1)**

UNIT/CENTER _EARU_

PLEASE PRINT
Name _Christopher J Beck_ ADC# _130874_ Brks _8_ Job Assignment _FU#7_

IS THIS AN EMERGENCY SITUATION? YES _X_ NO ___ If yes, why? _I have been trying to have this surgery for over 7mo now._

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

_On 6-11-04, when I entered ADC._
_I have tried to get medical help. It wasn't until_
_3 weeks ago when I first saw Dr. Plant. That he_
_relieves too, I need surgery. He has put in for me_
_to see a urologest, I'm currently waiting to_
_be called to go and see one. While I wait to_
_see one a clock is ticking in side me. And if_
_I don't get this surgery done shortly, I am going_
_to lose my only kidney. I need help now,_
_This is wrong._

_____ 
Inmate Signature

_7-15-04_
Date

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY.

**STAFF RECEIPT AND ACTION TAKEN**

_M. Humphrey_     _St_     _M. Hum_     _7-15-04_
PRINT STAFF NAME (PROBLEM SOLVER)     Staff Code     Staff Signature / Date Received

Was this deemed an emergency? Yes _____ No _✓_

Was there a need to contact medical? Yes _✓_ No _____ If yes, give name of person contacted? _Mrs Cotton_

Describe action taken to resolve complaint, including dates. _His medical status has not been approved. Inmate Back_
_is on the waiting list_

Was issue resolved? Yes _✓_ No _____ Does inmate agree that issue was resolved? Yes _____ No _X_

_M. Hum_     _7-15-04_
Staff Signature/Date

_Christopher J Beck_
Inmate Signature/Date

DISTRIBUTION: YELLOW – Inmate Receipt

(AFTER COMPLETION)   PINK – Problem Solver Copy     BLUE – Grievance Officer
ORIGINAL – Given back to the Inmate After Completion

810-00

## GRIEVANCE FORM - (Attachment 1A)

| FOR OFFICE USE ONLY | |
|---|---|
| Grv. # | _CH-04-0706_ |
| Date Received | _7/16/04_ |
| Grievance Code: | _6CC_ |

**UNIT/CENTER** _EARU_

PLEASE PRINT
Name _Christopher J Beck_ ADC# _130874_ Brks _8_ Job Assignment _FU#7_

IS THIS GRIEVANCE A MEDICAL GRIEVANCE? Yes _X_ No _____

*********************************************************************************************************************

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

### THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED

**Informal Action Taken**

Have you discussed this problem with your designated problem-solver? Yes _X_ No __ If yes, give date _7-15-04_

Why do you feel the informal resolution was unsuccessful? _I was told that, I am awaiting for aproval. This is serious, not because I think so. I was told by a urologest what can happen if I go to long in this condition. Loose my kidney. I only have one_

*********************************************************************************************************************

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

_On 6-11-04 when I entered ADC, I have tried to get medical help. I wasn't until 3 weeks ago when I first saw Dr Plant. That he relizes too, I need surgery. He has put in for me, to see a urologest. I am currently waiting to be called to go and see one. While I wait to see one a clock is ticking in side me. And if I don't get this surgery done shortly, I am going to lose my only kidey, I need help now, this is wrong._

IS THIS AN EMERGENCY SITUATION? YES _X_ NO ___ If yes, why? _____

(An emergency situation is one in which you may be subject to a substantial risk of physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

_Christopher J Beck_                                   _7-15-04_
**INMATE SIGNATURE**                                   DATE

**(TO BE FILLED OUT BY THE RECEIVING OFFICER)**

**RECEIPT FOR EMERGENCY SITUATIONS**

OFFICER (Please Print) _M. Humphrey_ Signature _M. Hum_

FROM WHICH INMATE? _C. Beck_ ADC# _13087M_

DATE: _7-15-04_ TIME: _3.30pm_

EA-04-00808
8-23-04

**INFORMAL RESOLUTION FORM (Attachment 1)**

UNIT/CENTER _EARU_

PLEASE PRINT
Name _Christopher J Beck_ ADC# _130804_ Brks _8_ Job Assignment _FU #7_

IS THIS AN EMERGENCY SITUATION? YES _X_ NO ___ If yes, why? _I can beatly pee_
_My urinary trac is blocked, has been for a while._

(An emergency situation is one in which you may be subject to a substantial risk of physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes. you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

_On 7-15-4 I put in a IRF, trying to_
_get to see a urologest, Dr. Got no were, filed_
_a Grievance, same day. A week and a half_
_later saw Ms Crawford, In medical. I was told_
_that a appti was made, so I signed off on Gri_
_form. A month has passed and I am still_
_waiting. My kidney is under stress, because_
_of this problem. I have only on kidney and_
_a can posibly loss it or put it in danger_
_from this. I am in a lot of pain a discomfort._

_Christopher J Beck_                    _8-20-04_
Inmate Signature                        Date

---

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY.**

**STAFF RECEIPT AND ACTION TAKEN**
_M. Humphrey_                  _Sgt_   _M. Humphrey_ _8-20-04_
PRINT STAFF NAME (PROBLEM SOLVER)      Staff Code    Staff Signature / Date Received

Was this deemed an emergency? Yes ____ No _✓_
Was there a need to contact medical? Yes _✓_ No ____ If yes, give name of person contacted? _Jeff Woods_
Describe action taken to resolve complaint, including dates. _Inmate has to wait until there is an opening_
_fa him to go_

---

Was issue resolved? Yes _✓_ No ____   Does inmate agree that issue was resolved? Yes ____ No _✓_

_M. Humphrey_ _8-20-04_                 _Christopher J Beck_
Staff Signature/Date                    Inmate Signature/Date

DISTRIBUTION: YELLOW – Inmate Receipt

(AFTER COMPLETION)  **PINK** – Problem Solver Copy     **BLUE** – Grievance Officer
                    ORIGINAL – Given back to the Inmate After Completion

810-00

**GRIEVANCE FORM - (Attachment 1A)**

| FOR OFFICE USE ONLY |
|---|
| Grv. # _EH - 04 - 00808_ |
| Date Received _8-23-04_ |
| Grievance Code: _600_ |

UNIT/CENTER _EARU_

PLEASE PRINT
Name _Christopher J Beck_ ADC# _130874_ Brks _8_ Job Assignment _FU # 7_

IS THIS GRIEVANCE A MEDICAL GRIEVANCE?   Yes _X_   No _____

*******************************************************************************************************

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

### THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED

**Informal Action Taken**

Have you discussed this problem with your designated problem-solver? Yes _X_ No __ If yes, give date _8-22-04_

Why do you feel the informal resolution was unsuccessful? _I need to see a Doctor soon, not, a month or so. This is a life or death situation. I, having a lot of trouble peeing, I am in a lot of pain and discomfort and getting worse_

*******************************************************************************************************

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

_On 7-15-4 I put in a IRF, trying to see a urologest Dr. Got no where. Filed a Grievance, same day. A week and a half later, I Ms Crawford in Medical. I was told a appt. was made, So I signed off on Grievance. A month has past and I am still waiting. My kidney is under stress because of this problem. I have only one kidney, and can posibly lose it or put in danger from this, I am in a lot of pain and discomfort from this._

IS THIS AN EMERGENCY SITUATION? YES _X_ NO ___ If yes, why? _I have seen a urologest in February. He I inform me of this._

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

_Christopher J Beck_                                    _8-22-04_
**INMATE SIGNATURE**                                    **DATE**

| (TO BE FILLED OUT BY THE RECEIVING OFFICER) |
|---|
| **RECEIPT FOR EMERGENCY SITUATIONS** |
| OFFICER (Please Print) _M. Humphrey_    Signature _M. Hum___ |
| FROM WHICH INMATE? _C-Beck_                         ADC# _130874_ |
| DATE: _8-22-04_              TIME: _5:00 pm_ |

9-14-04
9-14-04 6a

## INFORMAL RESOLUTION FORM (Attachment 1)

UNIT/CENTER _EARU_

PLEASE PRINT
Name _Christopher J Beck_   ADC# _130894_  Brks _13_  Job Assignment _Life Skills_

IS THIS AN EMERGENCY SITUATION? YES _X_ NO ___ If yes, why? _With out surgery I will keep getting infections & may lose my kidney._

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

_I am in need of medical help. On 9-3-4 I was put into the infirmary for infection in urinary trac. On 9-5-4, I was isued a gate pass, to be taken to Forest City. They brought me to ER a Babtist Memorial Hospital. The ER Dr. tried to put in a cathadder, but was unable to. He recomended me to go to Memphis to have emergency surgery. I was brought back to Brickey's to infirmary. On 9-9-4 I was released from infirmary. I need to see a urologest. I am in need of surgery. I am being denied adiquit Med. I have only one kidney!_ _Attention_

_Christopher J Beck_                          _9-10-4_
Inmate Signature                                   Date

---

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY.

**STAFF RECEIPT AND ACTION TAKEN**

_C. M. Harris_                    _CM H_   _9/10/14_
PRINT STAFF NAME (PROBLEM SOLVER)          Staff Code     Staff Signature / Date Received

Was this deemed an emergency?  Yes _✓_  No ___
Was there a need to contact medical? Yes _✓_ No ____  If yes, give name of person contacted? _Mrs Fitzgerald_
Describe action taken to resolve complaint, including dates. _None. Mrs Fitzgerald wanted me to leave document on her desk. She would get to it later. No one else available at the time._

---

Was issue resolved? Yes ____ No _X_  Does inmate agree that issue was resolved? Yes ____ No _✓_

_Cleanda M. Harris 9/10/14_            _Christopher J Beck_
Staff Signature/Date                      Inmate Signature/Date

**DISTRIBUTION: YELLOW** – Inmate Receipt

**(AFTER COMPLETION)   PINK** – Problem Solver Copy    **BLUE** – Grievance Officer

**ORIGINAL** – Given back to the Inmate After Completion

810-00

## GRIEVANCE FORM - (Attachment 1A)

| FOR OFFICE USE ONLY |
| --- |
| Grv. # _EA-04-00861_ |
| Date Received _9-14-04_ |
| Grievance Code: _COD_ |

UNIT/CENTER _EARU_

PLEASE PRINT
Name _Christopher J Beck_ ADC# _130874_ Brks _13_ Job Assignment _Life Skills_

IS THIS GRIEVANCE A MEDICAL GRIEVANCE? Yes _X_ No _____

*****************************************************************************

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

### THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED

**Informal Action Taken**

Have you discussed this problem with your designated problem-solver? Yes _X_ No ___ If yes, give date _9-10-04_

Why do you feel the informal resolution was unsuccessful? _They said to leave the IKF for her to look at latter. This has been a on going problem, I need to seen urologest_

*****************************************************************************

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

_I am in need of medical help. On 9-3-04 I was put into the infirmary, for infection in my urinary trac. On 9-5-04 I was isued a gate pass, to be taken to Forest City. They brought me to E.R at the Babtist Memorial Hospital. The E.R. Dr. tried to put in a cathadder, but was unable to. He recomended me to go to Memphis to have emergency surgery. I was brought back to Brickeys infilimary. On 9-9-04 I was released from infirmary. I need to see a uriologest. I am in need of surgery, I only have one kidney. I am being denied Adiquit Medical Atten_

IS THIS AN EMERGENCY SITUATION? YES _X_ NO ___ If yes, why? _I keep getting infections, I am putting stress on my only kid_

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

INMATE SIGNATURE                    DATE _9-10-04_

**(TO BE FILLED OUT BY THE RECEIVING OFFICER)**

**RECEIPT FOR EMERGENCY SITUATIONS**

OFFICER (Please Print) _N. J. SLATER_   Signature _____

FROM WHICH INMATE? _Christopher Beck_   ADC# _130874_

DATE: _9-10-04_   TIME: _12 PM_

**INFORMAL RESOLUTION FORM (Attachment 1)**

UNIT/CENTER _EARU_

PLEASE PRINT
Name _Christopher J Beck_ ADC# _130874_ Brks _5/B_ Job Assignment _Life Skills_

IS THIS AN EMERGENCY SITUATION? YES _X_ NO ___ If yes, why? _I have an increase in swelling, in my urinary trac, I have a lot of pa_

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

_I have a ongoing medical problem, that requires me to see a urologest. I'm waiting to see one!_
_Dr. Plant has taken care of me in different ways-_
_he has given me pills for infections and_
_has opened up my blockage twice only to_
_close back up. I saw Nurse Taylor Friday +_
_to be told to put in sick call, I have tried_
_to see Dr. today._
_I have a bad infection now._
_my penis is swollen and in a lot of pain_

Inmate Signature                    Date _9-20-09_

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY.

**STAFF RECEIPT AND ACTION TAKEN**

_Dennis Wilson_                    _(signature) 9-20-04_

**PRINT STAFF NAME (PROBLEM SOLVER)**    Staff Code    Staff Signature / Date Received

Was this deemed an emergency? Yes _✓_ No ___

Was there a need to contact medical? Yes _✓_ No ___ If yes, give name of person contacted? _Mrs. Fitzgerald_

Describe action taken to resolve complaint, including dates. _You are on the sick Call List._
_Will probably be seen on Thursday._

Was issue resolved? Yes _✓_ No ___ Does inmate agree that issue was resolved? Yes ___ No _X_

_(signature) 9-21-04_                    _Chris Beck 9-21-04_
Staff Signature/Date                    Inmate Signature/Date

DISTRIBUTION: YELLOW – Inmate Receipt

(AFTER COMPLETION) PINK – Problem Solver Copy    BLUE – Grievance Officer

ORIGINAL – Given back to the Inmate After Completion

## GRIEVANCE FORM - (Attachment 1A)

UNIT/CENTER ___EARU___

| FOR OFFICE USE ONLY |
| --- |
| Grv. # _FA-04-0089_ |
| Date Received _9-22-04_ |
| Grievance Code: _600_ |

PLEASE PRINT
Name ___Christopher J Beck___ ADC# _130874_ Brks _13_ Job Assignment _Life Skills_

IS THIS GRIEVANCE A MEDICAL GRIEVANCE? Yes _X_ No _____

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

### THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED

**Informal Action Taken**

Have you discussed this problem with your designated problem-solver? Yes _X_ No __ If yes, give date _9-20-04_

Why do you feel the informal resolution was unsuccessful? _My condition needs_
_contact delt with today not Thursday._
_This as been an on going problem since I gother_

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

_I have an on going medical problem, that requires_
_me to see a urialogist. In waitting to see one_
_Dr Plant has take care of me in different ways._
_He has given me pills for infection and has_
_opened up my blockage twice only to close up._
_I saw Nurse Tayler Fri to be told to put in Sickca_
_I have tried to Dr Plant today._
_I have a bad infection now_
_my penis is swollen an in a lot of pain_

IS THIS AN EMERGENCY SITUATION? YES _X_ NO __ If yes, why? _I can hardley pee_

(An emergency situation is one in which you may be subject to a substantial risk of physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

_Christopher J Beck_                               _9-21-04_
INMATE SIGNATURE                                    DATE

**(TO BE FILLED OUT BY THE RECEIVING OFFICER)**

### RECEIPT FOR EMERGENCY SITUATIONS

OFFICER (Please Print) _Sgt. Alex Matthews_ Signature _Sgt. Alex Matthews_

FROM WHICH INMATE? _Beck, C._                     ADC# _130874_

DATE: _6-21-04_          TIME: _4:00 P.m_

**INFORMAL RESOLUTION FORM (Attachment 1)**

UNIT/CENTER _EARU_

PLEASE PRINT
Name _Christopher J Beck_ ADC# _130874_ Brks _13_ Job Assignment _life Skills_

IS THIS AN EMERGENCY SITUATION? YES ___ NO X If yes, why? _____

---

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

---

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

On 10-1-04 I had surgery in Little Rock.
I was told by the nurse, after surgery, That
I needed a follow up visit. I need to see
the urologest about my surgery. I am having
complications from the surgery.

I put in a sick call 10 days ago
I saw Nurse Taylor, I was told I would be
put on Doctor list. I need medical
treatment.

_Christopher J Beck_                          $11-8-04$
Inmate Signature                              Date

---

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY.

**STAFF RECEIPT AND ACTION TAKEN**

_Sgt RD Ellingson_                    _Sgt MD Tilly_  $11-8-04$
PRINT STAFF NAME (PROBLEM SOLVER)          Staff Code          Staff Signature / Date Received

Was this deemed an emergency? Yes _____ No _____

Was there a need to contact medical? Yes _____ No _____ If yes, give name of person contacted? _____

Describe action taken to resolve complaint, including dates. I/We were seen by a nurse
i) Dr. Call on 10/29/04. You will be seen by Dr. Plant
this week and your urology follow-up will be
scheduled as stipulated by DAM's furinfeild RN

Was issue resolved? Yes ___ No _____ Does inmate agree that issue was resolved? Yes ✓ No _____

_Sgt RD Tilly_                 RECEIVED
                              OFFICE OF THE      _Christopher J Beck_
                              INVESTIGATOR
Staff Signature/Date                            Inmate Signature/Date

(AFTER COMPLETION)   PINK – Problem Solver CORRECTIONAL PROGS.
                     R DEPT. OF CORRECTIONS – BLUE – Grievance Officer
                     ORIGINAL – Given back to the Inmate After Completion

# GRIEVANCE FORM - (Attachment 1A)

UNIT/CENTER _E A R U_

**FOR OFFICE USE ONLY**

Grv. # _EA-04-00974_

Date Received _11-12-04_

Grievance Code: _600_

PLEASE PRINT
Name _Christopher J Beck_ ADC# _130874_ Brks _13_ Job Assignment _Life Skills_

IS THIS GRIEVANCE A MEDICAL GRIEVANCE? Yes _X_ No _____

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

## THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED

### Informal Action Taken

Have you discussed this problem with your designated problem-solver? Yes _X_ No __ If yes, give date _11-8-04_

Why do you feel the informal resolution was unsuccessful? _I have not seen the urologist, that performed my surgery. I am being denied medical treatment. I don't even have a appt. Made yet!_

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

_On 10-1-04 I had Surgery in Little Rock. I was told by the nurse, after surgery. That I needed a follow-up visit. I need to see the urologist about my surgery. I am having complications from my surgery._

_I put in a sick-call 10 days ago. I saw Nurse Taylor, I was told I would be put on Dotor list. I need medical Treatment_

IS THIS AN EMERGENCY SITUATION? YES ___ NO _X_ If yes, why? _____

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden, REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

_Christopher J Beck_                    _11-10-04_
**INMATE SIGNATURE**                        **DATE**

| (TO BE FILLED OUT BY THE RECEIVING OFFICER) | RECEIVED OFFICE OF THE INVESTIGATOR |
|---|---|

**RECEIPT FOR EMERGENCY SITUATIONS**

OFFICER (Please Print) _____ Signature _____ DEC 1 5 2004

FROM WHICH INMATE? _____            ADC#_____
                                    HEALTH & CORRECTIONAL PROGS.
DATE:                    TIME:        DEPT OF CORRECTION

# CMS GRIEVANCE RESPONSE

**GRV #: EA-04-0974**

| Inmate: Beck Chirstopher | | ADC# 130874 | Barracks 13 |
|---|---|---|---|
| Facility: EARU | | Grievance Date: 09/13/04 | |
| Date ARO Rcvd: 11/12/04 | Date Infirm. Rcvd: 11/19/04 | | Resp. Date: 11/27/04 |

| Interview: 11/27/04 | XX Deferred |
|---|---|

**COMPLAINT: (code-608) Denial medical care.**

**RESPONSE:** Inmate Beck as we discussed in your interview.

We are aware of your follow appointment with the urology Dr. Kumar.

The appointment has already been schedule and is coming up very soon.

There was no early appointment slot open, so we could return you back for your check up early.

We are not ignorance you but trying to follow up your care as open become available.

We cannot give you the date and time of the appointment but can say soon.

**RECOMMENDATIONS: Please be patience until your appointment date .If any other complaint arrived please contact the infirmary.**

Unit Manager

| Responding Staff: Shirley Crawford, LPN and SMGO | Date: 11/27/04 |
|---|---|
| Original - ADC Grievance Officer<br>Copy - Inmate<br>Copy - File<br>**Copy-File**<br>Copy - | |

RECEIVED
OFFICE OF THE
INVESTIGATOR

DEC 1 5 2004

HEALTH & CORRECTIONAL PROGS.
AR DEPT. OF CORRECTION

Attachment II

INMATE NAME  BECK, CHRISTOPHER                    ADC# 130874          GRIEVANCE#  EA#04-00974

# WARDEN'S/CENTER SUPERVISOR'S DECISION

I have determined that your grievance is a medical matter. I have forwarded your grievance to the Medical Administrator who will provide a written resonse and/or will interview you within twenty (20) working days of the date I recieved your grievance. Should you receive no response within this time frame, or the response you recieve is unsatisfactory, you may appeal to the Deputy Director for Health and Correctional Programs. If you have medical needs that you believe are urgent, put in a Sick Call Request, or send a Request for Interview to the Medical Administrator.

_____                    WARDEN                    11/17/04
Signature of ARO or Warden's/Supervisor's Designee                Title                        Date

RECEIVED
OFFICE OF THE INVESTIGATOR
DEC 15 2004
HEALTH & CORRECTIONAL PROGS
AR DEPT. OF CORRECTION

# INMATE'S APPEAL

I have tryed and tryed to see Dr Plant, yet in over a month I still have not seen him. It took almost a month the get a follow-up appt made with Dr Kumar.

**WHY DO YOU NOT AGREE WITH THE RESPONSE?**

In this response Ms. Crawford indicates that my appt. is very soon. My appt is already 5 weeks over due. I feel that my need to see a urologist has not been delt with very unprofessional. I want to speak to a professional

Christopher L Beck           130874           12-3-04
Inmate Signature                  ADC#                    Date

I still have not seen Dr Plant.

Back of Attachment II

|  | Beck, Christopher | 130874 | EA04-0974 |
|---|---|---|---|
| **INMATE NAME** | | **ADC** | **GRIEVANCE** |

## DEPUTY/ASSISTANT DIRECTOR'S DECISION

"I have tried and tried to see Dr. Plant, yet in over a month I still have not seen him. It took almost a month to get a follow up appointment made with Dr. Kumar. In this response Ms. Crawford indicates that my appt. is very soon. My appt. is already 5 weeks over due. I feel that my need to see a urologist has not been dealt with very professionally. I want to speak to a professional. I still have not seen Dr. Plant."

On November 27, 2004 you were seen by the midlevel provider, Ms. Ella Taylor, APN. At that time you did not discuss this matter with her: you want something to make you sleep and a muscle relaxer due to back pains. She found no reason to refer you to see Dr. Plant.

See my response to your previous grievance, EA04-0987, concerning your follow up appointment with Dr. Kumar.

This appeal has no merit.

_____
SIGNATURE

/ 2 - 27 - 2004
DATE

Please be advised that if you appeal this decision to the U. S. District Court a copy of this Deputy/Assistant Director must be attached to any petition or complaint or the Court must dismiss your case without notice. You shall also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

00987
11-19-04
60

## INFORMAL RESOLUTION FORM (Attachment 1)

UNIT/CENTER _EARU_

PLEASE PRINT
Name _Christopher J Beck_ ADC# _130874_ Brks _5_ Job Assignment _FU 1_

IS THIS AN EMERGENCY SITUATION? YES ___ NO _X_ If yes, why? _____

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

On 10-29-04 I was seen for sick-call in infirmary. I saw Nurse Taylor. I was told I would be put on Doctors list. I had surgery on 10-1-04, in Little Rock, Ar. In recovery the nurse told me, I needed a follow-up appt in a month. I have tried several times, with putting in sick-calls to find out why I have not seen Dr in Little Rock Ar. I am having complications from my surgery. I need to see Medical Administra-ing. I am be denied Medical needs

_Christopher J Beck_                                          _11-18-04_
Inmate Signature                                                      Date

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY.

STAFF RECEIPT AND ACTION TAKEN

D Mills

D Mills  11-18-04

PRINT STAFF NAME (PROBLEM SOLVER)          Staff Code          Staff Signature / Date Received

Was this deemed an emergency?   Yes _____ No _____

Was there a need to contact medical?  Yes _____ No _____   If yes, give name of person contacted? _____

Describe action taken to resolve complaint, including dates. _Consult Sherry R_   _requested_
_by DR Floss. appt to be resch._ _____ Rebecca

_____

Was issue resolved? Yes _✓_ No _____   Does inmate agree that issue was resolved? Yes _____ No _X_

_D Mills  11-18-04_                              _Christopher J Beck_
Staff Signature/Date                                      Inmate Signature/Date

DISTRIBUTION: YELLOW – Inmate Receipt

(AFTER COMPLETION)   PINK – Problem Solver Copy          BLUE – Grievance Officer

ORIGINAL – Given back to the Inmate After Completion

810-00

## GRIEVANCE FORM - (Attachment 1A)

| FOR OFFICE USE ONLY |
|---|
| Grv. # _EA-04-00987_ |
| Date Received _11-19-04_ |
| Grievance Code: _BOD_ |

UNIT/CENTER _EARU_

**PLEASE PRINT**
Name _Christopher J. Rick_ ADC# _130874_ Brks _5_ Job Assignment _FU 1_

IS THIS GRIEVANCE A MEDICAL GRIEVANCE? Yes _X_ No _____

**********************************************************************************************

All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.

## THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED

### Informal Action Taken

Have you discussed this problem with your designated problem-solver? Yes _X_ No __ If yes, give date _11-18-04_

Why do you feel the informal resolution was unsuccessful? _I am still in need of a follow-up with Dr. I had surgery with. I am one month over due seeing the Dr. I am having trouble getting back with this Doctor._

**********************************************************************************************

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

_On 10-29-04 I was seen for sick-call in the infirmary. I saw Nurse Taylor. I was told I would be put on Doctors list. I had surgery on 10-1-04 in Little Rock, Ar. I recovery the nurse told me I needed a follow-up appt. in one month. I have tried several times, with putting in sick-calls to find a way to be seen. I am having complications with the surgery I had. I need to see the Medical Administrator. I am being denied Medical Care._

IS THIS AN EMERGENCY SITUATION? YES ___ NO ___ If yes, why? _____

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

_Christopher K. Beck_                    _11-18-04_
**INMATE SIGNATURE**                    **DATE**

**(TO BE FILLED OUT BY THE RECEIVING OFFICER)**

### RECEIPT FOR EMERGENCY SITUATIONS

OFFICER (Please Print) _____ Signature _____

FROM WHICH INMATE? _____ ADC# _____

DATE: _____         TIME: _____

# CMS GRIEVANCE RESPONSE

**GRV #: EA-04-0987**

| Inmate: Beck Chirstopher | | ADC# 130874 | Barracks 13 |
|---|---|---|---|
| Facility: EARU | | Grievance Date: 11/18/04 | |
| Date ARO Rcvd: 11/19/04 | Date Infirm. Rcvd: 11/29/04 | | Resp. Date: 11/29/04 |

| Interview: 11/30/04 | XX Deferred |
|---|---|

**COMPLAINT: (code-608) Denial medical care.**

**RESPONSE:  Inmate Beck as we discussed in your interview.**

**We are aware of your follow appointment with the urology Dr. Kumar.**

**The appointment has already been schedule and is coming up very soon.**

**We are not ignorance you but trying to follow up your care as open become available.**

**RECOMMENDATIONS: Please be patience until your appointment date .If any other**

**complaint arrived please contact the infirmary.**

Unit Manager

| Responding Staff:  Shirley Crawford, LPN and SMGO | Date: 11/30/04 |
|---|---|

Original - ADC Grievance Officer
Copy - Inmate
Copy - File
**Copy-File**
**Copy -**

INMATE NAME  BECK, CHRISTOPHER          ADC# 130874      GRIEVANCE#  EA#04-00987

# WARDEN'S/CENTER SUPERVISOR'S DECISION

I have determined that your grievance is a medical matter. I have forwarded your grievance to the Medical Administrator who will provide a written resonse and/or will interview you within twenty (20) working days of the date I recieved your grievance. Should you receive no response within this time frame, or the response you recieve is unsatisfactory, you may appeal to the Deputy Director for Health and Correctional Programs. If you have medical needs that you believe are urgent, put in a Sick Call Request, or send a Request for Interview to the Medical Administrator.

| | | |
|---|---|---|
| Signature of ARO or Warden's/Supervisor's Designee | WARDEN<br>Title | 11-22-04<br>Date |

# INMATE'S APPEAL

I still have not seen Dr Plant,
I have put in Sick-calls for over a month now.

WHY DO YOU NOT AGREE WITH THE RESPONSE?

My follow-up, should have been over
a month ago. I feel that the medical
staff here at Brickeys, are not doing there
Job. I needed medical, help since I came into
ADC and I can prove it. I need to see a urologest
nowll and the visit is combine.

| | | |
|---|---|---|
| Inmate Signature | ADC# | Date |
| Mustopher J Beck | 130874 | 12-2-04 |

Back of Attachment II

INMATE NAME __Beck, Christopher__ ADC __130874__ GRIEVANCE __EA04-0987__

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

"I still have not seen Dr. Plant. I have put in sick calls for over a month now. My follow up should have been over a month ago. I feel that the medical staff here at Brickeys are not doing their job. I needed medical help since I came into ADC and I can prove it. I need to see a urologist."

On November 29, 2004 you were interviewed by Nurse Crawford concerning the issue related to this grievance. At that time she advised you that an appointment has been scheduled for a surgical follow up appointment with Dr. Kumar. This appointment was scheduled after the consult was approved by Dr. R. Anderson.

This issue should be resolved by the time you receive my response to this appeal. If not, please contact Ms. D. Yarbrough, CMS R. A. at the Central Office.

This appeal has no merit.

_____    _12-27-2004_
SIGNATURE                   DATE

Please be advised that if you appeal this decision to the U. S. District Court a copy of this Deputy/Assistant Director must be attached to any petition or complaint or the Court must dismiss your case without notice. You shall also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

12/22/04

600

EH-04-01039

**INFORMAL RESOLUTION FORM (Attachment 1)**

UNIT/CENTER _EARU_

PLEASE PRINT
Name _Christopher J Beck_ ADC# _130874_ Brks _9_ Job Assignment _Food Service_

IS THIS AN EMERGENCY SITUATION? YES ___  NO _X_  If yes, why? _____

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

I had surgery on 10-1-04. I was
to have a follow-up a month later. That did
not happen. I was told I had a appt I didn't
made in December by the 20th. If I need
to see a urologest. I have said this many
times before. I am being denied
medical treatment.

_Christopher J Beck_                    _12-20-04_
Inmate Signature                            Date

---

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY.**

**STAFF RECEIPT AND ACTION TAKEN**

_Sgt. D. Thomas_ _____ _Sgt. D. Thomas 12/20/04_
PRINT STAFF NAME (PROBLEM SOLVER)      Staff Code   Staff Signature / Date Received

Was this deemed an emergency?  Yes _____  No _✓_

Was there a need to contact medical? Yes _✓_ No _____  If yes, give name of person contacted? _Nurse McRae_

Describe action taken to resolve complaint, including dates. _Sgt Ellingar were advised that this
Inmate does have a date but due to security the infirmary is
unable to release the date._

Was issue resolved? Yes _✓_ No _____     Does inmate agree that issue was resolved? Yes _✓_ No _____

_Sgt Ellingar_                         _Christopher J Beck_
Staff Signature/Date                   Inmate Signature/Date

**DISTRIBUTION: YELLOW** – Inmate Receipt

**(AFTER COMPLETION)  PINK** – Problem Solver Copy     **BLUE** – Grievance Officer
**ORIGINAL** – Given back to the Inmate After Completion

810-00

## GRIEVANCE FORM - (Attachment 1A)

UNIT/CENTER _E AR U_

**FOR OFFICE USE ONLY**

Grv. # _EA- 04 - 01039_

Date Received _12/22/04_

Grievance Code: _600_

**PLEASE PRINT**
Name _Christopher J Beck_ ADC# _130874_ Brks _9_ Job Assignment _Food Service_

IS THIS GRIEVANCE A MEDICAL GRIEVANCE? Yes _X_ No _____

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED

**Informal Action Taken**

Have you discussed this problem with your designated problem-solver? Yes _X_ No __ If yes, give date _12-21-04_

Why do you feel the informal resolution was unsuccessful? _I am told conflicting answers in the Grievance #EA-04-01018 I was told I would have my Dr's Appt, The following week._

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

_I had surgery on 10-1-04, I was to have a follow-up a month later. That did not happen. I was told I had a appt, made in December, by the 20th. That did not happen. I need to see a urologist. I have said this many times before. I am being denied Medical Treatment_

IS THIS AN EMERGENCY SITUATION? YES ___ NO _X_ If yes, why? _____

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

**INMATE SIGNATURE** _Christopher J Beck_          **DATE** _12-21-04_

**(TO BE FILLED OUT BY THE RECEIVING OFFICER)**

**RECEIPT FOR EMERGENCY SITUATIONS**

OFFICER (Please Print) _____ Signature _____

FROM WHICH INMATE? _____ ADC# _____

TIME

WR-05-00008
Rec: 2/15/05
Code: 600

**INFORMAL RESOLUTION FORM** (Attachment 1)

RECEIVED FEB 15 2005 WRIGHTSVILLE UNIT GRIEVANCE OFFICER

**UNIT/CENTER** Wrightsville

**PLEASE PRINT** Name Christopher J Beck ADC# 130874 Brks 14 Job Assignment SATP

IS THIS AN EMERGENCY SITUATION? YES X NO ___ If yes, why? I am in alot of pain I hurt on my right side, I only have one kidney

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

---

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

I was to have surgery on 2-5-5. Today I found out from infirmary, it was canceled by Dr Anderson, Who is over CMS. I had surgery on 10-1-04. It healed wrong and I am in pain from that. On 1-12-5 I saw Dr Kumar who performed the surgery. And was told it needed redone. I went for presurgery on 1-26-5 at UAMS in Little Rock, I am being denied adiquit Medical ~~attetion~~ attention by CMS & ADC, I want to speak to Max Mobley.

Christopher J Beck — Inmate Signature

2-10-5 — Date

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY.**

**STAFF RECEIPT AND ACTION TAKEN**

Sgt Derrick Edwards ___ Sgt Derrick Edwards 2-10-05

**PRINT** STAFF NAME (PROBLEM SOLVER) — Staff Code — Staff Signature / Date Received

Was this deemed an emergency? Yes ___ No ✓

Was there a need to contact medical? Yes ✓ No ___ If yes, give name of person contacted? Mrs. Parks

Describe action taken to resolve complaint, including dates. Mrs. Parks advice me that Inmate C. Beck #130874 are on the doctors list To See Doctor Branch Wednesday 16, 05. Mrs. Parks also adviced me that she would be unable To let Inmate C. Beck #130874 speak with Max Mobley.

**Was issue resolved? Yes** ✓ **No** ___ **Does inmate agree that issue was resolved? Yes** ___ **No** ✓

Sgt Derrick Edwards 2-14-05 — Staff Signature/Date

Christopher J Beck 2-14-5 — Inmate Signature/Date

**DISTRIBUTION: YELLOW** – Inmate Receipt

**(AFTER COMPLETION) PINK** – Problem Solver Copy **BLUE** – Grievance Officer

**ORIGINAL** – Given back to the Inmate After Completion

810-00

## GRIEVANCE FORM - (Attachment 1A)

RECEIVED

FEB 15 2005

WRIGHTSVILLE UNIT
GRIEVANCE OFFICER

**FOR OFFICE USE ONLY**

Grv. # _WR 05-00005_

Date Received _2/15/05_

Grievance Code: _600_

UNIT/CENTER _Wrightsville_

PLEASE PRINT
Name _Christopher J Beck_ ADC# _130874_ Brks _15_ Job Assignment _TC_

IS THIS GRIEVANCE A MEDICAL GRIEVANCE? Yes _X_ No _____

*****************************************************************************************************

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

## THE ORIGINAL INFORMAL RESOLUTION FORM MUST BE ATTACHED

**Informal Action Taken**

Have you discussed this problem with your designated problem-solver? Yes _X_ No ___ If yes, give date _2-14-05_

Why do you feel the informal resolution was unsuccessful? _As I have stated in the IRF. I need surgery now!_

*****************************************************************************************************

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

_I was to have surgery on 2-5-5. Today I found out from infirmary, it was canceled by Dr Anderson. Who is over CMS. I had surgery on 10-1-04. It healed wrong and I am in pain from that. On 05/12-05 I saw Dr Kumar who performed the surgery. And was told it needed redone. I went to presurgery on 1-26-05 at UAMS in Little Rock. I am being denied adiquit medical attention by CMS and ADC._

_I want to speak with Max Mobley!_

IS THIS AN EMERGENCY SITUATION? YES ___ NO ___ if yes, why? _____

_____

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

_Christopher J Beck_                    _2-14-05_
**INMATE SIGNATURE**                         **DATE**

**(TO BE FILLED OUT BY THE RECEIVING OFFICER)**

### RECEIPT FOR EMERGENCY SITUATIONS

OFFICER (Please Print) _____ Signature _____

FROM WHICH INMATE? _____ ADC# _____

DATE: _____ TIME: _____

INMATE NAME: Beck, Christopher J.          ADC #: 130874A          GRIEVANCE #: WR-05-00008

## WARDEN'S/CENTER SUPERVISOR'S DECISION

In response to your grievance received 02/15/05. Unit records reflect that you have submitted a grievance waiver dated 02/23/05. Therefore, I consider this matter resolved.

_____          Warden          2/24/05
Signature of ARO or Warden's/Supervisor's Designee          Title          Date

COPY          CONFIDENTIAL

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five days by filling in the information requested below and mailing it to the appropriate Deputy/Assistant Director. Keep in mind that you are appealing the decision to the original complaint. Do not list additional issues which are not part of your complaint.

WHY DO YOU NOT AGREE WITH THE RESPONSE?

_____          _____          _____
Inmate Signature                         ADC#                                      Date

# GRIEVANCE WAIVER

TO:  Hamilton, Tina H                         DATE:  02/23/2005
FROM: Beck, Christopher J.                    SUBJECT: Grievance Waiver
GRIEVANCE #:  WR-05-00008


I, Christopher Beck, ADC# 130874, do hereby agree that grievance number WR-05-00008, dated 02/15/2005, has been resolved/and/or, I no longer want to pursue this matter. This decision is voluntary and made without threats or coercion of any type.

_____
Inmate Signature

$2 - 23 - 05$
_____
Date

_____
Witness Signature

$2/23/05$
_____
Date

## ·INFORMAL RESOLUTION FORM (Attachment 1)

UNIT/CENTER _Wrightsville_

PLEASE PRINT
Name _Christopher J Beck_ ADC# _130874_ /Brks _15_ Job Assignment _T C_

IS THIS AN EMERGENCY SITUATION? YES ___ NO _X_ If yes, why? _____

---

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

---

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

_I have been trying to get some surgery done. I was to have surgery back in February on the 5th, when I came to Wrightsville, from Brickeys. I saw a urologest on March, 15th who said I need surgery. I have waited a week now yet I have not heard anything from CMS, I know that things take time, I have been in need of this surgery since 10-1-04, that is almost seven months I have been in need of surgery. I am in pain and I suffer from this._

_Christopher J Beck_
Inmate Signature                                              _3-21-05_
                                                                Date

---

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY.

**STAFF RECEIPT AND ACTION TAKEN**

_Ronald W. Chum_                              _Ronald V Chum  3/21/05_

PRINT STAFF NAME (PROBLEM SOLVER)          Staff Code          Staff Signature / Date Received

Was this deemed an emergency?  Yes _____  No _✓_

Was there a need to contact medical?  Yes _✓_  No _____  If yes, give name of person contacted? _Ms Parks_

Describe action taken to resolve complaint, including dates. _on 3/22/05 I spoke with Ms Parks of_
_Hmedical, She informed me That Inmate C. Beck # 130874_
_is scheduled for Surgery_

---

Was issue resolved? Yes _✓_  No _____   Does inmate agree that issue was resolved? Yes _X_ No _____

_Ronald W. Chum_  _warThger 3/22/05_         _Christopher J Beck  3-22-05_
Staff Signature/Date                          Inmate Signature/Date

DISTRIBUTION:  YELLOW – Inmate Receipt

(AFTER COMPLETION)   PINK – Problem Solver Copy      BLUE – Grievance Officer
                     ORIGINAL – Given back to the Inmate After Completion          810-00

# INFORMAL RESOLUTION FORM (Attachment 1)

UNIT/CENTER _Wrightsville_

PLEASE PRINT
Name _Christopher J Beck_   ADC# _130874_ Brks/_7_  Job Assignment _Food Service_

IS THIS AN EMERGENCY SITUATION? YES ___ NO _X_  If yes, why? _____

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

On 5-12-05, I was called into infirmary, to be examend by Dr Branch and speak with Ms Park. About my recovery from surgery I had on 4-14-05. And 5-12-05 I asked, if I was approved to have a follow-up appointment, I was told by Ms Park on 5-12-05, that as soon as she knew something, that she would let me know. On 5-19-05 I sent a request for interview, asking again If I am set up to see Dr Han who performed my surgery. I am still asking, am I approved to be seen by Dr Han and if so do I have an appointment.

_Christopher J Beck_                          _5-23-05_
Inmate Signature                                  Date

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY.

### STAFF RECEIPT AND ACTION TAKEN

_Ronald W. Chism_ _____   _Ronald W. Chism 5/23/05_

PRINT STAFF NAME (PROBLEM SOLVER)        Staff Code        Staff Signature / Date Received

Was this deemed an emergency?  Yes _____ No _✓_
Was there a need to contact medical? Yes _✓_ No _____  If yes, give name of person contacted? _Mrs. Park_
Describe action taken to resolve complaint, including dates. _On 5/23/05 I spoke with Mrs Park of medical. She stated that inmate Beck #130874 was scheduled to see Dr Han_

Was issue resolved? Yes _✓_ No _____   Does inmate agree that issue was resolved? Yes _X_ No _____

_Ronald W. Chism_ _5/24/05_         _Christopher J Beck_ _2-23-0_
   Staff Signature/Date                        Inmate Signature/Date

DISTRIBUTION:  YELLOW – Inmate Receipt

(AFTER COMPLETION)   PINK – Problem Solver Copy      BLUE – Grievance Officer

ORIGINAL – Given back to the Inmate After Completion                810-00

9-600
WR 05 000
Rec 4/11/05

## INFORMAL RESOLUTION FORM (Attachment 1)

RECEIVED

UNIT/CENTER _Wrightsville_

Food Service

PLEASE PRINT
Name _Christopher J Beck_   ADC# _130874_   Bks _15_   Job Assignment _TC_

APR 13 2005

IS THIS AN EMERGENCY SITUATION? YES ____ NO _✓_  If yes, why? _____

WRIGHTSVILLE UNIT
GRIEVANCE OFFICER

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

At this time I am scheduled to have surgery by a urologest, Dr Han, at South West Hospital in Little Rock. My first surgery was done by a urologest Dr Kumar, at UAMS in Little Rock. He performed the first surgery. I was told that the surgery I need now could be done sooner by Dr Han. It has been almost two months waiting, and still no surgery. I have thought it thought, and I want Dr Kumar to do this next surgery. I did request to speak with Ms Park, I had no response.

_Christopher J Beck_   4-5-5
Inmate Signature                         Date

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY.

**STAFF RECEIPT AND ACTION TAKEN**

_Ronald W. Chism_                    _Ronald W. Chism_ 4/5/05
**PRINT** STAFF NAME (PROBLEM SOLVER)        Staff Code        Staff Signature / Date Received

Was this deemed an emergency? Yes ____ No _✓_

Was there a need to contact medical? Yes _✓_ No ____ If yes, give name of person contacted? _Ms Park_

Describe action taken to resolve complaint, including dates. On 4/7/05 I spoke with Ms. Park of Medical SHU Informed W/s. that she would speak with inmate C. Beck # 130874 Today about this situation. She also stated He would have to see the doctor Appointed to him by Medical.

Was issue resolved? Yes ____ No _✓_   Does inmate agree that issue was resolved? Yes ____ No _X_

_Ronald W. Chism-chise_ 4/7/05      _Christopher J Beck_ 4-7-5
Staff Signature/Date                 Inmate Signature/Date     4-7-05

RECEIVED
OFFICE OF ...

DISTRIBUTION: YELLOW – Inmate Receipt

MAY 19 2005

(AFTER COMPLETION)   PINK – Problem Solver Copy   BLUE – Grievance Officer
ORIGINAL – Given back to the Inmate After Completion

810-00

## GRIEVANCE FORM - (Attachment 1A)

RECEIVED

APR 1 1 2005

WRIGHTSVILLE UNIT
GRIEVANCE OFFICER

UNIT/CENTER _Wrightsville_

**FOR OFFICE USE ONLY**

Grv. # _WR05-00026_

Date Received _4-11-05_

Grievance Code: _600_

PLEASE PRINT
Name _Christopher J Beck_ ADC# _130874_ Brks _15_ Job Assignment _Food Service TC_

IS THIS GRIEVANCE A MEDICAL GRIEVANCE? Yes _✓_ No _____

*************************************************************************************************

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

## THE ORIGINAL INFORMAL RESOLUTION FORM MUST BE ATTACHED

### Informal Action Taken

Have you discussed this problem with your designated problem-solver? Yes _✓_ No ___ if yes, give date _4-7-05_

Why do you feel the informal resolution was unsuccessful? _I feel that Dr Kumar performed my first surgery, and he so Should be able to make it right. CMS is who took to see Dr Kumar, I am sure he can make it right._

*************************************************************************************************

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

_At this time I am scheduled to have surgery by a urologest, Dr Han, at SouthWest Hospital in Little Rock. My first surgery was done by a urologest, Dr Kumar at UAMS in Little Rock. He performed the first surgery. I was told that the surgery I need now, could be done sooner by Dr Han. It has been almost two months waiting, and still no surgery. I have thought it through and I want Dr Kumar to do this surgery next surgery. I did request to speak with Ms Park. I had no response_

IS THIS AN EMERGENCY SITUATION? YES ___ NO ___ If yes, why? _____

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give the completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS· If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

_Christopher J Beck_                                    _4-7-05_

**INMATE SIGNATURE**                                    **DATE**

(TO BE FILLED OUT BY THE RECEIVING OFFICER)

### RECEIPT FOR EMERGENCY SITUATIONS

OFFICER (Please Print) _____ Signature _____

FROM WHICH INMATE? _____ ADC# _____

DATE: _____ TIME: _____



To:    Inmate Christopher Beck  #130874

From:  Paul P. Torrez, MBA, CMS Arkansas Region 1, Regional Administrator

Date:  April 28, 2005

RE:    Grievance # WR-05-00026


This is a follow up and answer your grievance in which you stated that you had received care in the past from Dr. Kumar and you were unhappy that you were scheduled to receive your latest care from Dr. Hann. It is my understanding that you did receive your care on March 14, 2005 from Dr. Hann. You also expressed that you that you were unhappy because you state that you had requested to speak with Ms. Park about this but that she never spoke with you.

I spoke with Ms Park and she informed me that she had not received a request from you to speak to her until after you wrote your grievance. She did inform me that she had spoken to you and had asked you if you were willing to go see Dr. Hann or if you were going to refuse. At that time you told her you would see Dr. Hann and you did receive your procedure.

We at each site medical departments do our best to provide appropriate care to all the Inmates in the ADC that we are responsible medically for. We do contract with community specialists so that they can be available when their special skills are needed for consultation or procedures. Dr. Hann and Dr. Kumar both have helped us see patients in the past and who gets scheduled with these specialists is a result of schedules, availability and whom the primary care physician refers too. It is appropriate for your primary care Physician to make that determination and as such there is no merit to your grievance that you were not sent to Dr. Kumar. Also Ms Park did speak with you when she became aware of your request so that issue was also resolved.

RECEIVED THE
OFFICE OF THE
INVESTIGATOR

JUN 01 2005

HEALTH OCCUPATIONAL PROGS.
DEPT. OF CORRECTION

## WARDEN'S/CENTER SUPERVISOR'S DECISION

In response to your grievance received 4/11/05. I have determined that your grievance is a medical matter. I have forwarded your grievance to the Medical Administrator who will provide you with a written response, and/or will interview you within twenty working days of the date I received your grievance. Should you receive no response within this time frame, or the response that you receive is unsatisfactory, you may appeal to the Deputy Director for Health and Correctional Programs. If you have medical needs that you believe are urgent, put in a Sick Call Request, or send a Request for Interview to the Medical Administrator.

_____      _Warden_____      _4/14/05_
Signature of ARO or Warden's/Supervisor's Designee          Title          Date

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five days by filling in the information requested below and mailing it to the appropriate Deputy/Assistant Director. Keep in mind that you are appealing the decision to the original complaint. Do not list additional issues which are not part of your complaint.

WHY DO YOU NOT AGREE WITH THE RESPONSE?

This matter has not been resolved. Dr. Han did not do what he said he would do for me. I saw Dr. Branch on 5-5-05 to be told I will need more surgery later. Dr. Han has left me disfigured and I never wantted him to do my surgery

_Christopher J Beck_      _130874_      _5-9-05_
Inmate Signature          ADC#          Date

RECEIVED
OFFICE OF THE
INVESTIGATOR
MAY 19 2005
HEALTH & CORRECTIONAL PROGS.
AR DEPT. OF CORRECTION

RECEIVED
OFFICE OF THE
INVESTIGATOR
JUN 01 2005
HEALTH & CORRECTIONAL
AR DEPT.

| Beck, Christopher | 130874 | WR05-00026 |
|---|---|---|
| **INMATE NAME** | **ADC** | **GRIEVANCE** |

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

Your appeal states, ""This matter has not been resolved. Dr. Han did not do what he said he *would do for me. I saw Dr. Branch on 5/5/05 to be told I will need more surgery later.* Dr. Han has left me disfigured and I never wanted him to do my surgery".

Your surgical procedure was preformed by Dr. Han on 4/14/05 and since that time you have been seen twice by Dr. Branch. Dr. Branch has documented that you are healing well and the urethra is closing down. He feels it will correct itself and you will no longer have a "spraying" effect during urination. You are scheduled for a follow up with Dr. Han in a few days. If you have additional concerns you should take them up with him at that time.

This appeal has no merit.

_____          6-15-05
SIGNATURE of MAX MOBLEY                          DATE

Please be advised that if you appeal this decision to the U. S. District Court a copy of this Deputy/Assistant Director must be attached to any petition or complaint or the Court must dismiss your case without notice. You shall also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

**INFORMAL RESOLUTION FORM (Attachment 1)**

UNIT/CENTER _Wrightsville_

**PLEASE PRINT**
Name _Christopher J. Beck_   ADC# _130874_   Brks _15_   Job Assignment _Food Service_

IS THIS AN EMERGENCY SITUATION? YES _NO X_   If yes, why? ___

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, dates, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

_I had surgery on 4-14-05, by a Dr Han. From South West Hospital in Little Rock. I was not operated on how Dr Han had explained to me. He was only to open up my pee hole and said I would have stiches that would desolve. I was taken to ADC Hospital in Pine Bluff, were I stayed over nite. To be looked at by Dr, there and was brought back to Wrightsville Unit. Which is when I finaly was able to take a shower and examen myself. I have a gash on bottom side of my penis and I pee out the side. It is very disgusting and very wrong!_

Inmate Signature _Christopher J Beck_                              Date _4-19-05_

---

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY.**

**STAFF RECEIPT AND ACTION TAKEN**

_S. Nwachuku_                                                    _04-19-05_

PRINT STAFF NAME (PROBLEM SOLVER)        Staff Code        Staff Signature / Date Received

Was this deemed an emergency? Yes _____ No _____

Was there a need to contact medical? Yes _✓_ No _____ If yes, give name of person contacted? _Kim Park_

Describe action taken to resolve complaint, including dates. _On 04-22-05 at approx. 7:40 Am I SGT S. Nwachuku Contacted K. Park, the infirmary manager. In order to resolve this issue, Ms K Park stated C. Beck #130874 had a surgery on 04-14-05. He was Examined by DR Dlumpfin on 04-15-05 at DGU and again on 04-21-05 in Dr Branch. Inmate C. Beck is in healing process the DR said._

Was issue resolved? Yes _✓_ No _____ Does inmate agree that issue was resolved? Yes _✗_ No _✗_

_04-22-05_
Staff Signature/Date

_Christopher J Beck_   _4-22-05_
Inmate Signature/Date

DISTRIBUTION: YELLOW – Inmate Receipt

(AFTER COMPLETION)   PINK – Problem Solver Copy        BLUE – Grievance Officer

ORIGINAL – Given back to the Inmate After Completion

810-00

## GRIEVANCE FORM - (Attachment 1A)

RECEIVE[D]

APR 2 5 2005

WRIGHTSVILLE UNIT
GRIEVANCE OFFICER

**FOR OFFICE USE ONLY**

Grv. # _WR 05 02036_

Date Received _4/25/05_

Grievance Code: _600_

UNIT/CENTER _Wrightsville_

**PLEASE PRINT**
Name _Christopher J Beck_ ADC# _130854_ Brks _15_ Job Assignment _FS - 7 C_

IS THIS GRIEVANCE A MEDICAL GRIEVANCE?   Yes _✓_   No ___

*******************************************************************************

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

## THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED

**Informal Action Taken**

Have you discussed this problem with your designated problem-solver? Yes _✗_  No __ If yes, give date _4-22-05_

Why do you feel the informal resolution was unsuccessful? _I never gave permisson_
_to Dr Han to perform the surgery how he did it._
_I never wanted Dr Han to do this surgery, I wanted_
_Dr Kumar to finish what he started. Now I am disfigured_

*******************************************************************************

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

_I had surgery on 4-14-05 by a Dr Han. From_
_South West Hospital in Little Rock. I was not_
_operated on how Dr Han had explained to me._
_He was only to open up my pee hole and said I_
_would have stiches that would desolve. I was_
_take to ADC Hospital in Pine Bluff were I_
_stayed over nite. To be looked at by Dr. There._
_And was brought back to Wrightsville unit._
_Which is when I finaly was able to take a shower_
_and examen myself. I have a gash on bottom side of my_
_penis and I pee out the side. I is disgusting and very wrong._

IS THIS AN EMERGENCY SITUATION? YES ___ NO _✓_  If yes, why? _____

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

_Christopher J Beck_                    _5-23-05_
**INMATE SIGNATURE**                              DATE

**(TO BE FILLED OUT BY THE RECEIVING OFFICER)**

## RECEIPT FOR EMERGENCY SITUATIONS

OFFICER (Please Print) _____ Signature _____

FROM WHICH INMATE? _____ ADC# _____

# CMS GRIEVANCE RESPONSE

GRIEVANCE#:  WR-05-00036

| **INMATE:** Beck, Christopher J. | **ADC#:** 130874 | | **DOB:** 01/30/1961 |
| --- | --- | --- | --- |
| **Facility:** Wrightsville Unit [E01] | | | **Barracks:** BK17 |
| **Grv. Date:** 04/25/2005 | **Date Infirmary Recd:** 04/25/2005 | **Response Date:** 05/18/2005 | |

**Interview:**   Required ⦿   Deferred ○

**Inmate's Complaints: (Code:)**
Medical (619)
You complained that Dr. Han did not perform your surgery the way he explained to you it would be performed.

**Responses:**
I was not present when your surgical procedure was explained to you, so I cannot comment on whether it was performed in a different manner or whether there was a lack of understanding. You have seen Dr. Branch twice since surgery was performed. You were seen on 4/21/05. Dr. Branch examined your penis and noted the second opening to be closed with fine sutures. You were in the healing process at that time. You were seen by Dr. Branch again on 5/12/05. You reported to Dr. Branch that your condition had improved. You were examined and your urethra is closing down. Dr. Branch feels it will correct itself and you will no longer have the spraying anymore. I have spoken to Dr. Branch regarding your procedure and the way it was performed was not out of the ordinary. Dr. Branch will continue to follow your condition.

**Recommendations:**
None

_____     5-18-05
Responding Staff                              Date

**Follow Up Required?:**   Yes ○   No ⦿

RECEIVED
OFFICE OF THE
INVESTIGATOR

MAY 19 2005

HEALTH & CORRECTIO
AR DEPT. OF COR

## WARDEN'S/CENTER SUPERVISOR'S DECISION

n response to your grievance received 4/25/05 . I have determined that your grievance is a medical matter. I have orwarded your grievance to the Medical Administrator who will provide you with a written response, and/or will nterview you within twenty working days of the date I received your grievance. Should you receive no response within his time frame, or the response that you receive is unsatisfactory, you may appeal to the Deputy Director for Health and Correctional Programs. If you have medical needs that you believe are urgent, put in a Sick Call Request, or send a Request for Interview to the Medical Administrator.

_____    _____    _____
Signature of ARO or Warden's/Supervisor's Designee       Title                    Date

Warden                                                   4/25/05

---

## INMATE'S APPEAL

f you are not satisfied with this response, you may appeal this decision within five days by filling in the information equested below and mailing it to the appropriate Deputy/Assistant Director. Keep in mind that you are appealing the lecision to the original complaint. Do not list additional issues which are not part of your complaint.

VHY DO YOU NOT AGREE WITH THE RESPONSE?

I had surgery by Dr. Kumar on 1-10-04 and the Surgery didnot heal right. The on 4-14-05 I had Surgery by a Dr Han. Who did not perform the surgery how he told me he would. I still do not agree with all that has happened to me in all of the

RECEIVED
OFFICE OF THE
INVESTIGATOR
MAY 19 2005
HEALTH & CORRECTIONAL PRO...
AR DEPT. OF CORRECTION

_____    130874    5-18-05
Inmate Signature                    ADC#       Date

I still pee like a freak and am in pain and discomfort. Had I Known, I never would have let Dr Han put his hands on me. My head on my penis is split open and I pee out the side. Pee run down my hand and on my clothes. I's disgus...

Back of Attachment II

INMATE NAME **Beck, Christopher** ADC **130874** GRIEVANCE **WR05-00036**

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

Your appeal states, "I had surgery by Dr. Kumar on 1/10/04 and the surgery did not heal right. Then on 4/14/05 I had surgery by a Dr. Han. Who did not perform the surgery how he told me he would. I still do not agree with all that has happened to me in all of this. I still pee like a freak and am in pain and discomfort. Had I known, I never would have let Dr. Han put his hands on me. My head on my penis is split open and I pee out the side. Pee runs down my hand and on my clothes. It's disgusting".

According to Ms. K. Park, HSA, the surgery which Dr. Han preformed was not an unusual procedure and when you were seen on 5/12/05 Dr. Branch advised your condition has improved. Should you feel the need for further assistance after the healing process has completed you need to return to see the nurse for a referral to Dr. Plant.

This issue has been addressed and has no merit.

SIGNATURE of MAX MOBLEY

6-16-05
DATE

Please be advised that if you appeal this decision to the U. S. District Court a copy of this Deputy/Assistant Director must be attached to any petition or complaint or the Court must dismiss your case without notice. You shall also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.