**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CHRISTOPHER JOHN BECK**                                           **PLAINTIFF**
**ADC #215228**

**V.**                     **No. 5:05CV00197-JMM/BD**

**ROLAND ANDERSON,** *et al.*                                         **DEFENDANTS**

**ORDER**

The Court has received the Partial Recommended Disposition (docket entry #128) from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Defendants' Motion for Summary Judgment is DENIED, without prejudice.

IT IS SO ORDERED this 23rd day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE