UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHRISTOPHER JOHN BECK**                                                      **PLAINTIFF**

VS.                            NO. 5:05CV00197-JMM-BD

**ROLAND ANDERSON,** *et al.*                                               **DEFENDANTS**

## ORDER

Based on the stipulation of the parties filed on August 19, 2008, the Court finds that this case should be dismissed. The trial scheduled during the week of November 3, 2008, is canceled. The Second Amended Complaint and all claims in this action are hereby dismissed with prejudice.

IT IS SO ORDERED this 29th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE